Peter Strojnik, 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-297-3176
E-mail: Strojnik@aol.com
Attorney *pro hac vice* for Defendants

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Banker's Association, a California Non-Profit Corporation and Banker's Benefit, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TranSend International, Inc., an Arizona Corporation,<br><br>Defendants. | NO.<br><br>**NOTICE OF REMOVAL OF ACTION** |

TranSend International, Inc. as Defendant in the Superior Court of the State of California, County of San Francisco, Case No. 2007-469350 captioned as above hereby gives notice of removal the Superior Court case to the United States District Court for the Northern District of California.

Defendant is entitled to removal of this action pursuant to 28 U.S.C. §1441 for the reason that this Court has original jurisdiction over this matter by virtue of 28 U.S.C. § 1332 (diversity of citizenship), to wit: the citizenship of the parties is diverse and the amount in controversy of at least one count exceeds $75,000.00.

1   This Notice is accompanied by the Summons and the Complaint filed in the California
2   Superior Court, San Francisco County. Both documents are appended cumulatively hereto as
3   Exhibit 1.
4       RESPECTFULLY submitted this 10th day of December, 2007.

_____
Peter Strojnik
Attorney *pro hac vice* for Defendant

# CERTIFICATE OF SERVICE

The original of the foregoing mailed
This 10th day of December, 2007, to the
Clerk of the United States District Court
For the Northern District of California

Copies mailed to:

William L. Stern, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
*And by e*-mail: wstern@mofo.com
Counsel for Plaintiff

And to:

Leland Chan, Esq.
Senior Vice President and General Counsel
California Banker's Association
1303 J. Street, Suite 600
Sacramento, California 95814-2939
*And by e-mail*: lchan@calbankers.com
Counsel for Plaintiff

_____

COPY

WILLIAM L. STERN (CA SBN 96105)
wstern@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

LELAND CHAN (CA SBN 142049)
lchan@calbankers.com
Senior Vice President and General Counsel
CALIFORNIA BANKERS ASSOCIATION
1303 J Street, Suite 600
Sacramento, Ca 95814-2939
Telephone: (916) 438-4404
Facsimile: (415) 321-9264

Attorneys for Plaintiffs
CALIFORNIA BANKERS ASSOCIATION and BANKERS BENEFITS

ENDORSED
FILED
San Francisco County Superior Court

NOV 19 2007

GORDON PARK-LI, Clerk
BY: CHRISTINA E. BAUTISTA
         Deputy Clerk

CASE MANAGEMENT CONFERENCE SET

APR 1 8 2008 - 9:00 AM

DEPARTMENT 212

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| California Bankers Association, a California nonprofit corporation, and Bankers Benefits, a California corporation,,<br><br>Plaintiff(s),<br><br>v.<br><br>TranSend International, Inc., an Arizona corporation,<br><br>Defendant. | Case No. CGC 07 - 469350<br><br>COMPLAINT (PETITION TO COMPEL ARBITRATION AND BREACH OF CONTRACT; AMOUNT DEMANDED EXCEEDS $10,000) |

For its Complaint against TranSend International, Inc. ("TranSend"), plaintiffs California Bankers Association and Bankers Benefits ("Plaintiffs") allege as follows:

**PARTIES**

1. Plaintiff California Bankers Association ("CBA") is a California non-profit company and Plaintiff Banker Benefits is a California for-profit company and wholly owned subsidiary of

1

COMPLAINT
sf-2424579

1  CBA, both having a principal place of business in the City of Sacramento, California, with an office
2  in San Francisco.
3      2.    Defendant is an Arizona corporation.

### FIRST CAUSE OF ACTION
(Petition to Compel Arbitration)

3. Plaintiffs hereby incorporate the allegations and averments set forth in paragraphs 1 and 2 as if fully set forth again herein.

4. Plaintiffs and Defendant entered into an Endorsement and Marketing Agreement ("Agreement") effective as of December 31, 2006, a copy of which is hereby attached as Exhibit A and made a part of this pleading. Pursuant to the Agreement, CBA and Banker Benefits covenanted to license the name and logo of CBA to Defendant and to perform specific marketing functions in the furtherance of endorsing Defendant's products and services, as specified, to CBA's membership, consisting of depository financial institutions doing business in California. In exchange for such license, endorsement, and marketing, Defendant covenanted to pay Plaintiffs: (i) an initial amount of $25,000 upon execution of the Agreement; (ii) a total of $300,000 during the first year of the Agreement (which includes the initial payment) payable in quarterly installments, $400,000 during the second year, $500,000 during the third year, plus (iii) 10% net sales of endorsed products to CBA members to the extent in excess of the above annual amounts.

5. Plaintiffs have performed all conditions, covenants, and promises required on their part to be performed in accordance with the terms and conditions of the Agreement, except as to those provisions that required action or performance on the part of Defendant, and such action or performance was not tendered by Defendant.

6. In breach of the Agreement, Defendant has refused and has not made, after demands therefor, any of the payments to Plaintiffs as set forth in the Agreement.

7. The Agreement also includes a dispute resolution provision that provides in relevant part as follows: "any controversy or claim arising out of or relating to this Agreement, or the breach of any provision thereof, shall be settled through mediation. The mediation proceedings shall be

conducted at any place that may be selected by mutual agreement of the parties, costs to be borne by the respective parties."

8. Plaintiffs, through its attorney, has requested Defendant, through its attorney, on several occasions to commence mediation or arbitration proceedings to resolve the dispute, and to agree to submit to either JAMS or AAA. In further breach of the Agreement, Defendant has either refused to commence any proceedings or failed to respond to requests to commence proceedings.

9. Therefore, Plaintiffs request this Court to compel Defendant to engage in mandatory arbitration with Plaintiffs through either AAA or JAMS in the City of San Francisco, State of California.

## SECOND CAUSE OF ACTION
### (Breach of Contract)

10. Plaintiffs hereby incorporate the allegations and averments set forth in paragraphs 1-9, above, as if fully set forth again herein.

11. Plaintiffs are asking that this Court order this matter to mediation and arbitration, as set forth above. However, if the Court were to deny Plaintiffs' petition to compel arbitration, in that event – and without waiving their right to compel arbitration – Plaintiffs assert this cause of action for breach of contract, as follows.

12. As a result of Defendant's failure to make payments to Plaintiffs in the amounts set forth in the Agreement, Plaintiffs have suffered, to date, contractual damages in the amount of $225,000, or in such other amounts as the court may determine.

## PRAYER FOR RELIEF

Therefore, Plaintiff prays judgment against Defendant as follows:

1. For an order compelling Defendant to engage in mandatory arbitration with Plaintiffs through either AAA or JAMS in the City of San Francisco, State of California;

2. In the alternative, for compensatory damages in the sum of $225,000, or in such other amounts as the court may determine;

3. For costs of suit; and

3

4. For such other and further relief as the Court may deem proper.

Dated: November 19, 2007                    MORRISON & FOERSTER LLP

By: /s/ William L. Stern
    William L. Stern

    Attorneys for Defendant
    CALIFORNIA BANKERS
    ASSOCIATION and BANKERS
    BENEFITS

4

COMPLAINT
sf-2424579

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
TranSend International, Inc., an Arizona corporation

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
California Bankers Association, a California nonprofit corporation, and Bankers Benefits, a California corporation

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

Superior Court of California
County of San Francisco

400 McAllister Street
San Francisco, CA 94

CASE NUMBER:
*(Número del Caso):*
CGC-07-469759

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
William L. Stern (Cali. Bar. No. 96105)       Phone: 415.268.7000       Fax: 415.268.7522
Morrison & Foerster LLP
425 Market Street
San Francisco, Ca 94105

DATE: NOV 1 9 2007        Clerk, by GORDON PARK-LI, CRISTINA E. BAUTISTA, Deputy
*(Fecha)*                 *(Secretario)*                                    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify)*: TranSend
   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☒ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.
www.USCourtForms.com