**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

December 21, 2007

| | |
|---|---|
| William L. Stern | Peter Strojnik |
| Morrison & Foerster | Law Firm of Peter Strojnik |
| 425 Market Street | 3030 North Central Ave., Suite 1401 |
| San Francisco, CA 94105 | Phoenix, AZ 85012 |

**Re:   CALIFORNIA BANKER'S ASSOC  v. TRANSEND INTERNATIONAL**
        C07-06330 (JCS)

Dear Counsel:

    This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

    The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **January 4, 2008.** These forms can be found on the Court's website at www.cand.uscourts.gov.

                                            Sincerely,

                                            RICHARD W. WIEKING

                                            _____
                                            By: Karen L. Hom
                                                Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA BANKER'S ASSOC, | No. C 07-06330 JCS |
|     Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
|     v. | |
| TRANSEND INTERNATIONAL, | |
|     Defendant(s). | |
| _____/ | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____     _____
                                                                                Signature

                                                                               Counsel for _____
                                                                               (Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA BANKER'S ASSOC,<br><br>        Plaintiff(s),<br><br>  v.<br><br>TRANSEND INTERNATIONAL,<br><br>        Defendant(s).<br>_____/ | No. C 07-06330 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.


Dated: _____         _____
                                                                                        Signature

                                                                                      Counsel for _____
                                                                                      (Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA BANKER'S ASSOC et al,

        Plaintiff,

  v.

TRANSEND INTERNATIONAL et al,

        Defendant.
                                          /

Case Number: CV07-06330 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter Strojnik
The Law Firm of Peter Strojnik
3030 North Central Avenue
Suite 1401
Phoenix, AZ 85012

Dated: December 21, 2007

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk