WILLIAM L. STERN (CA SBN 96105)
wstern@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

LELAND CHAN (CA SBN 142049)
lchan@calbankers.com
Senior Vice President and General Counsel
CALIFORNIA BANKERS ASSOCIATION
1303 J Street, Suite 600
Sacramento, Ca 95814-2939
Telephone: (916) 438-4404
Facsimile: (415) 321-9264

Attorneys for Plaintiffs and Counter-Defendants
CALIFORNIA BANKERS ASSOCIATION and BANKERS BENEFITS

IN THE UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Bankers Association, a California nonprofit corporation, and Bankers Benefits, a California corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>TranSend International, Inc., an Arizona corporation,<br><br>        Defendant.<br>_____<br>TranSend International, Inc., an Arizona corporation,<br><br>        Counter-Claimant,<br><br>    v.<br><br>California Bankers Association, a California nonprofit corporation, and Bankers Benefits, a California corporation,<br><br>        Counter-Defendants. | Case No.   C-07-06330 JCS<br><br>**ANSWER TO COUNTERCLAIM** |

Plaintiffs and Counter-Defendants California Bankers Association and Bankers Benefits (collectively, "CBA") answer the Counter-Claim as follows:

1. Answering paragraph 8, CBA alleges that there are no charging averments set forth in this paragraph, consequently, there is nothing to either admit or deny.

2. Answering paragraphs 9 through 13, inclusive, CBA admits the allegations contained therein.

3. Answering paragraph 14, CBA admits that TranSend has accurately quoted Paragraph 5 of the Endorsement and Marketing Agreement but, aside from that admission, denies the remainder of the allegations set forth in that paragraph.

4. Answering paragraph 15, CBA admits that TranSend has accurately quoted a portion of Attachment B of the Endorsement and Marketing Agreement but, aside from that admission, denies the remainder of the allegations set forth in that paragraph.

5. Answering paragraph 16, CBA denies the allegations contained therein.

6. Answering paragraphs 17 through 19, inclusive, CBA admits the allegations contained therein.

7. Answering paragraph 20, CBA admits that it refused to mediate in Phoenix or Las Vegas, but otherwise denies the allegations of paragraph 20 and specifically denies that it "refused to mediate."

8. Answering paragraph 21, CBA denies the allegations contained therein.

9. Answering paragraph 22, CBA alleges that there are no charging averments set forth in this paragraph, consequently, there is nothing to either admit or deny.

10. Answering paragraph 23, CBA denies the allegations contained therein.

11. Answering paragraphs 24 and 25, inclusive, CBA alleges that there are no charging averments set forth in those paragraphs, consequently, there is nothing to either admit or deny.

12. Answering paragraphs 26-28, inclusive, CBA denies the allegations contained therein.

**PRAYER FOR RELIEF**

Therefore, CBA prays for judgment against Counter-Claimant as follows:

1. For an order compelling Counter-Claimant to engage in mandatory arbitration with CBA through AAA in the City of San Francisco, California;

2. In the alternative, for compensatory damages in the sum of $225,000, or in such other amounts as the court may determine;

3. That Counter-Claimant take nothing by its Counterclaim;

4. For costs of suit; and

5. For such other and further relief as the Court may deem proper.

Dated: January 3, 2008                MORRISON & FOERSTER LLP


By: _____
     William L. Stern

Attorneys for Plaintiffs and Counter-Defendants

CALIFORNIA BANKERS ASSOCIATION and BANKERS BENEFITS