**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**ANSWER TO COUNTERCLAIM**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 , in accordance with Morrison & Foerster's ordinary business practices:

Peter Strojnik, Esq.
Law Firm of Peter Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, AZ 85012

Leland Chan, Esq.
California Bankers Association
1303 J Street, Suite 600
Sacramento, CA 95814-2939

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 21st day of December, 2007.

_____
Janie Fogel
(typed)

_____
(signature)

Certificate of Service

sf-2442624