1   WILLIAM L. STERN (CA SBN 96105)
    wstern@mofo.com
2   MORRISON & FOERSTER LLP
    425 Market Street
3   San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
4   Facsimile:  (415) 268-7522

5   LELAND CHAN (CA SBN 142049)
    lchan@calbankers.com
6   Senior Vice President and General Counsel
    CALIFORNIA BANKERS ASSOCIATION
7   1303 J Street, Suite 600
    Sacramento, Ca 95814-2939
8   Telephone:  (916) 438-4404
    Facsimile:  (415) 321-9264
9
    Attorneys for Plaintiffs and Counter-Defendants
10  CALIFORNIA BANKERS ASSOCIATION and BANKERS
    BENEFITS
11

12              IN THE UNITED STATED DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  California Bankers Association, a California nonprofit corporation, and Bankers Benefits, a California corporation, | Case No.    C-07-06330 JCS |
| 16 | |
| 17                          Plaintiffs,<br>        v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| 18 | |
| 19  TranSend International, Inc., an Arizona corporation, | |
| 20                          Defendant. | |
| 21  _____ | |
| 22  TranSend International, Inc., an Arizona corporation, | |
| 23                          Counter-Claimant,<br>        v. | |
| 24 | |
| 25  California Bankers Association, a California nonprofit corporation, and Bankers Benefits, a California corporation, | |
| 26 | |
| 27                          Counter-Defendants. | |

28

1

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

2

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in

3

the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge

4

conduct any and all further proceedings in the case, including trial, and order the entry of a final

5

judgment.  Appeal from the Judgment shall be taken directly to the United States Court of Appeals

6

for the Ninth Circuit.

7

8

Dated:  December 21, 2007

_____
/s/
William L. Stern
Counsel for Plaintiffs and Counter-Defendants

9

10

CALIFORNIA BANKERS ASSOCIATION
and BANKERS BENEFITS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28