# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

California Banker's Association, a )
California Non-Profit Corporation and ) NO.
Banker's Benefit, a California Corporation, )
)
Plaintiffs, )
)
vs. )
)
TranSend International, Inc., an Arizona )
Corporation, )
)
Defendants. )

CV 07 0330 JCS

(Proposed)
**ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC
VICE***

Peter Strojnik, Arizona Bar Number 6464, an active member in good standing of the bar of the State of Arizona, the United States District Court for the State of Arizona and the 9th Circuit Court of Appeals whose business address and telephone number are: THE LAW FIRM OF PETER STROJNIK, 3030 North Central Avenue, Suite 1401, Phoenix, Arizona 85012, Telephone: 602-524-6602, Facsimile: 602-297-3176, E-mail: Strojnik@aol.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing TranSend International, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/21/07

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
United States District Court ~~Judge~~/Magistrate Judge

-1-

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA BANKER'S ASSOC et al,

                Plaintiff,

   v.

TRANSEND INTERNATIONAL et al,

                Defendant.

_____/

Case Number: CV07-06330 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter Strojnik
The Law Firm of Peter Strojnik
3030 North Central Avenue
Suite 1401
Phoenix, AZ 85012

Dated: December 21, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk