FILED
08 JAN -7 PM 12: 47

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA BANKER'S ASSOC,

    Plaintiff(s),

v.

TRANSEND INTERNATIONAL,

    Defendant(s).

No. C 07-06330 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 01-02-08

Signature

Counsel for DEFENDANT
(Name or party or indicate "pro se")

3