**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                                   415.522.2000

**January 9, 2008**

CASE NUMBER:  CV 07-06330 JCS
CASE TITLE:  CALIFORNIA BANKER'S ASSOC-v-TRANSEND INTERNATIONAL

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable CLAUDIA WILKEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/9/08

                                                        FOR THE EXECUTIVE COMMITTEE:


                                                        _____
                                                                              Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                                    Entered in Computer 1/9/08AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                             Transferor CSA