UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA BANKERS ASSOCIATION et al,<br><br>             Plaintiff,<br><br>   v.<br><br>TRANSEND INTERNATIONAL, INC. et al,<br><br>             Defendant.                                  / | Case Number: CV07-06330 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2008, I SERVED a true and correct copy of the Case Management Scheduling Order for Reassigned Civil Case, by placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.


Leland  Chan
California Bankers Association
1303 J Street
Suite 600
Sacramento,  CA 95814

Peter  Strojnik
The Law Firm of Peter Strojnik
3030 North Central Avenue
Suite 1401
Phoenix,  AZ 85012


Dated: January 9, 2008

                                                                Richard W. Wieking, Clerk
                                                                By: Sheilah Cahill, Deputy Clerk