IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Bankers Association | NO: CV 07-06330 CW |
|       Plaintiff,<br>v. | **ORDER REGARDING FAILURE TO REGISTER TO E-FILE** |
| TranSend International, Inc. | |
|       Defendant.              / | |

This case is subject to Electronic Case Filing ("ECF").

General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF."

IT IS HEREBY ORDERED that, if she or he has not already done so, counsel for shall register forthwith as an ECF User and be issued an ECF User ID and password. Forms and instructions can be found on the Court's Web site at ecf.cand.uscourts.gov.

Failure to comply with this order may result in the imposition of monetary or other sanctions on a daily basis until the failure to comply with the General Order has been remedied.

Dated: 1/10/08        _____

                                                    CLAUDIA WILKEN, United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA BANKERS ASSOCIATION et al, <br><br> Plaintiff, <br><br> v. <br><br> TRANSEND INTERNATIONAL, INC. et al, <br><br> Defendant. | Case Number: CV07-06330 CW <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leland Chan
California Bankers Association
1303 J Street
Suite 600
Sacramento, CA 95814

Peter Strojnik
The Law Firm of Peter Strojnik
3030 North Central Avenue
Suite 1401
Phoenix, AZ 85012

Dated: January 10, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk