```
 1  Peter Strojnik, 6464
    THE LAW FIRM OF PETER STROJNIK
 2  3030 North Central Avenue, Suite 1401
    Phoenix, Arizona 85012
 3  Telephone: 602-524-6602
 4  Facsimile: 602-297-3176
    E-mail: Strojnik@aol.com
 5  Attorney pro hac vice for Defendants
```

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Banker's Association, a California Non-Profit Corporation and Banker's Benefit, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TranSend International, Inc., an Arizona Corporation,<br><br>Defendants. | NO. C 07-06330 CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND THE FILING OF A JOINT CASE MANAGEMENT STATEMENT** |

Parties are in the process of resolving their differences. Therefore, the parties stipulate that the filing of the Joint Case Management Statement and the Joint Management Conference presently scheduled for March 25, 2008, at 2:00 p.m. be continued for a period of no less than 14 days to a time convenient to the Court.

RESPECTFULLY submitted this 12th day of March, 2008.

_____           _____
~~Leland Chan~~ William L. Stern          Peter Strojnik
Attorney for Plaintiffs                    Attorney pro hac vice for Defendant

-1-