# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Banker's Association, a California Non-Profit Corporation and Banker's Benefit, a California Corporation,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>TranSend International, Inc., an Arizona Corporation,<br><br>　　　　　　　　　　Defendants. | NO. C 07-06330 CW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the Stipulation of the Parties and good cause shown,

IT IS ORDERED vacating the Case Management Conference presently scheduled for March 25, 2008, at 2:00 p.m. and continuing the same to the 15th day of April, 2008, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. A Joint Case Management Statement will be due seven (7) days prior to the conference.

DONE this 14th day of March, 2008.

*/s/ Claudia Wilken*
_____
Honorable Claudia Wilken
Judge of the United States District Court