WILLIAM L. STERN (CA SBN 96105)
wstern@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522

LELAND CHAN (CA SBN 142049)
lchan@calbankers.com
Senior Vice President and General Counsel
CALIFORNIA BANKERS ASSOCIATION
1303 J Street, Suite 600
Sacramento, Ca 95814-2939
Telephone:  (916) 438-4404
Facsimile:  (415) 321-9264

Attorneys for Plaintiffs
CALIFORNIA BANKERS ASSOCIATION and BANKERS BENEFITS

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| California Bankers Association, a California nonprofit corporation, and Bankers Benefits, a California corporation,,<br><br>　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>TranSend International, Inc., an Arizona corporation,<br><br>　　　　　　　Defendant. | Case No.   C 07-06330 CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND THE FILING OF A JOINT CASE MANAGEMENT STATEMENT** |

sf-2497109
STIPULATION  TO CONTINUE CASE MANAGEMENT CONFERENCE

1  Parties are in the process of resolving their differences.  Therefore, the parties stipulate that
2  the filing of a Joint Case Management Statement and the Joint Management Conference presently
3  scheduled for April 15, 2008, at 2:00 p.m. be  continued for a period of no less than 30 days to a time
4  convenient to the Court.

Dated: April 10, 2008           MORRISON & FOERSTER LLP


By:     /s/ William L. Stern
            William L. Stern

Attorneys for Plaintiffs
CALIFORNIA BANKERS ASSOCIATION
and BANKERS BENEFITS


Dated: April 10, 2008           THE LAW OFFICE OF PETER STROJNIK


By:     /s/ Peter Strojnik
            Peter Strojnik

Attorneys for Defendant
TRANSEND INTERNATIONAL, INC

I, William L. Stern, am the ECF user whose ID and password are being used to file this Stipulation To Continue Case Management Conference And The Filing Of A Joint Case Management Statement.  I hereby attest that Peter Strojnik has concurred in this filing.