SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| California Bankers Association, a California nonprofit corporation, and Bankers Benefits, a California corporation,, <br><br> Plaintiff(s), <br><br> v. <br><br> TranSend International, Inc., an Arizona corporation, <br><br> Defendant. | Case No.   C 07-06330 CW <br><br> **[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND THE FILING OF A JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to the Stipulation of the Parties and good cause shown,

IT IS ORDERED vacating the Case management Conference presently scheduled for April 15, 2008, at 2:00 p.m. and continuing the same to the _____ day of _____, 2008, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A Joint Case Management Statement will be due seven (7) days prior to the conference.

Dated: _____, 2008

_____
Honorable Claudia Wilken
United States District Court

sf-2497159                             1