SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| California Bankers Association, a California nonprofit corporation, and Bankers Benefits, a California corporation,,<br><br>    Plaintiff(s),<br><br>v.<br><br>TranSend International, Inc., an Arizona corporation,<br><br>    Defendant. | Case No.   C 07-06330 CW<br><br>**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND THE FILING OF A JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to the Stipulation of the Parties and good cause shown,

IT IS ORDERED vacating the Case management Conference presently scheduled for April 15, 2008, at 2:00 p.m. and continuing the same to the **10th day of June, 2008,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A Joint Case Management Statement will be due seven (7) days prior to the conference.

    4/11/08

    Dated: _____, 2008

_____
Honorable Claudia Wilken
United States District Court

sf-2497159                                           1