```
 1  Peter Strojnik, 6464
    THE LAW FIRM OF PETER STROJNIK
 2  3030 North Central Avenue, Suite 1401
 3  Phoenix, Arizona 85012
    Telephone: 602-524-6602
 4  Facsimile: 602-297-3176
    E-mail: Strojnik@aol.com
 5  Counsel pro hac vice for Defendant/Counterclaimant
 6
    WILLIAM L. STERN (CA SBN 96105)
 7  wstern@mofo.com
    MORRISON & FOERSTER LLP
 8  425 Market Street
    San Francisco, California 94105-2482
 9  Telephone: (415) 268-7000
10  Facsimile: (415) 268-7522
    Counsel for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| California Bankers Association, a California Non-Profit Corporation and Banker Benefit, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TranSend International, Inc., an Arizona Corporation,<br><br>Defendants.<br><br>TranSend International, Inc., an Arizona Corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>California Bankers Association, a California Non-Profit Corporation and Banker Benefit, a California Corporation,<br>Counterdefendant. | NO. C-07-06330 JCS<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO MAINTAIN ON INACTIVE CALENDAR FOR 5 MONTHS** |

-1-

The parties, by and though counsel, hereby give notice that they have reached a settlement. The settlement provides for 4 monthly installment payments by one party to the other and, as security for payment, the parties entered into a stipulated judgment that may only be filed in the event of a breach. Therefore, the Parties request that the Court place this matter on inactive calendar until October 15, 2008, so that the Parties may complete their settlement.

RESPECTFULLY SUBMITTED this **29** day of May, 2008.

William Stern, Esq.
Counsel for Plaintiff / Counterdefendant

Peter Strojnik, Esq.
Counsel for Defendant / Counterclaimant