IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA BANKERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRANSEND INTERNATIONAL, INC., <br><br> Defendant. _____/ | No. C 07-06330 CW <br><br> CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

Notice is hereby given that the Case Management Conference, previously set for June 10, 2008, is continued to **October 21, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  The Joint Case Management Statement will be due one week prior to the conference.

Dated: 5/30/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk