1  Peter Strojnik, 6464
   THE LAW FIRM OF PETER STROJNIK
2  3030 North Central Avenue, Suite 1401
3  Phoenix, Arizona 85012
   Telephone: 602-524-6602
4  Facsimile: 602-297-3176
   E-mail: Strojnik@aol.com
5  Counsel *pro hac vice* for Defendant/Counterclaimant

6
   WILLIAM L. STERN (CA SBN 96105)
7  wstern@mofo.com
   MORRISON & FOERSTER LLP
8  425 Market Street
   San Francisco, California 94105-2482
9  Telephone: (415) 268-7000
10 Facsimile: (415) 268-7522
   Counsel for Plaintiff

11              IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NORTHERN CALIFORNIA
12

13 California Bankers Association, a )
   California Non-Profit Corporation and ) NO. C-07-06330 JCS
14 Banker Benefit, a California Corporation, )
                                            )
15                          Plaintiffs,     )    **STIPULATED JUDGMENT**
                                            )
16                                          )
                   vs.                      )
17                                          )
   TranSend International, Inc., an Arizona )
18 Corporation,                             )
                                            )
19                          Defendants.     )
20 _____  )
   TranSend International, Inc., an Arizona )
21 Corporation,                             )
                                            )
22                          Counterclaimant,)
                   vs.                      )
23                                          )
   California Bankers Association, a        )
24 California Non-Profit Corporation and    )
   Banker Benefit, a California Corporation,)
25                          Counterdefendant.

-1-

Pursuant to the Consent, Stipulation and Approval as to Form and Content appearing below, the Court enters Judgment as follows:

1. For money judgment in the sum of $50,000.00 in favor of Plaintiffs and against Defendant. Defendant shall be given credit for any payments made against $50,000.00.

2. For interest on the Judgment from the date hereof until paid in full.

3. Each party shall pay its own costs and attorney's fees.

4. The counterclaims are dismissed with prejudice.

DONE IN OPEN COURT this _____ day of _____, 2008.

_____
Judge of the United States District Court

STATEMENT UNDER OATH AS REQUIRED BY CODE OF CIVIL PROCEDURE §§1133:

I, Donald Teague, declare as follows:

1. I am the Chairman of the Board for defendant TranSend International, Inc. I am authorized to make this declaration.

2. TranSend hereby authorizes the entry of judgment as set forth in the attached Stipulated Judgment. This Judgment arose out of a settlement of this litigation between plaintiffs and TranSend, and the sums confessed in this Stipulated Judgment are justly due. The purpose of this Stipulated Judgment is to secure the contingent liabilities that are set forth in the Settlement Agreement dated as of May 21, 2008. The sum confessed in this Stipulated Judgment does not exceed the amount being secured.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is

2  true and correct and that I am competent to testify to the facts of this Declaration if called as a

3  witness.

4  Dated: May 22, 2008

5  

6  _____
   Donald Teague
7  Chairman of the Board
   TranSend International, Inc.

8

9  ATTORNEY'S CERTIFICATE PURSUANT TO CODE OF CIVIL PROCEDURE §§1132(B):
10 Peter Strojnik, counsel for TranSend International, Inc., hereby certifies that he has examined
   the proposed Stipulated Judgment attached hereto and has advised TranSend with respect to the
11 waiver of rights and defenses under the confession of judgment procedure and has advised
   TranSend to utilize the confession of judgment procedure.
12

13

14 _____
   Peter Strojnik, Esq.
15 Counsel for Defendant / Counterclaimant

16 **CONSENT, STIPULATION AND APPROVED AS TO FORM AND CONTENT:**

17 Having been fully and expressly authorized to enter this Stipulated Judgment, counsel for the
   parties affix their names to signify their and their clients' consent, stipulation and approval of
18 the Judgment as to form and content.

19

20

21

22 _____         _____
   William Stern, Esq.                     Peter Strojnik, Esq.
23 Counsel for Plaintiff / Counterdefendant  Counsel for Defendant / Counterclaimant

24

25

-3-

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am competent to testify to the facts of this Declaration if called as a witness.

Dated: May 22, 2008

_____
Donald Teague
Chairman of the Board
TranSend International, Inc.

ATTORNEY'S CERTIFICATE PURSUANT TO CODE OF CIVIL PROCEDURE §§1132(B):
Peter Strojnik, counsel for TranSend International, Inc., hereby certifies that he has examined the proposed Stipulated Judgment attached hereto and has advised TranSend with respect to the waiver of rights and defenses under the confession of judgment procedure and has advised TranSend to utilize the confession of judgment procedure.

*/s/ Peter Strojnik/*
_____
Peter Strojnik, Esq.
Counsel for Defendant / Counterclaimant

**CONSENT, STIPULATION AND APPROVED AS TO FORM AND CONTENT:**

Having been fully and expressly authorized to enter this Stipulated Judgment, counsel for the parties affix their names to signify their and their clients' consent, stipulation and approval of the Judgment as to form and content.

|  |  |
|---|---|
|  | */s/ Peter Strojnik/* |
| _____ | _____ |
| William Stern, Esq. | Peter Strojnik, Esq. |
| Counsel for Plaintiff / Counterdefendant | Counsel for Defendant / Counterclaimant |

-3-